1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
May 23 2025
Clerk, U.S. District Court
Western District of Texas

By: _mvm_
Deputy

**USA**

vs.

**(1) JOSE CUTBERTO ARELLANO-ALVARADO**

§
§  **CRIMINAL COMPLAINT**
§  CASE NUMBER: **EP:25-M -02665(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ PINEDA, DANIEL
Signature of Complainant
Border Patrol Agent

May 23, 2025
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:05 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -02665(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) JOSE CUTBERTO ARELLANO-ALVARADO**

*FACTS (CONTINUED)*

**557.**

The DEFENDANT, Jose Cutberto ARELLANO-Alvarado, an alien to the United States and a citizen of Mexico was found approximately near Franklin Avenue and Durango Street in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on May 11, 2025, through Brownsville, TX. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

The DEFENDANT has been removed 1 time, the last one being to MEXICO on May 11, 2025, through BROWNSVILLE, TX

CRIMINAL HISTORY:

11/17/2013, Manatee, FL, Possession of Controlled Substance(F), CNV, Probation.
08/28/2015, Manatee, FL, Prob Violation(F), ACC, .
09/20/2016, Sarasota, FL, Moving traffic Violation(M), CNV, Probation.
09/20/2016, Sarasota, FL, Fraud Imperson False ID(M), CNV, Probation.
10/14/2016, Sarasotaa, FL, Driving with Suspended License(M), CNV, .
06/11/2017, Sarasota, FL, Operate Vehicle W/O valid Lic(M), CNV, .
06/10/2021, Sarasota, FL, Aggrav Asslt Weapon(F), ACC, .
01/25/2025, Sarasota, FL, Battery touch strike Domestic(M), ACC, .
01/25/2025, Sarasota, FL, Battery(M), ACC, .
02/04/2025, Sarasota, FL, Drug Possess(F), ACC, .